# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Justin Shepherd, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 5:19-cv-00406-LCB |
| ) | |
| R&R Dairy Queen, LLC, et al ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Comes now the Plaintiff, by and through his undersigned counsel, and hereby notifies this Honorable Court that a settlement has been reached by the parties in the above-styled cause and that it is expected that the settlement will be put in document form and filed and that dismissal will be requested by October 1, 2019.

Respectfully submitted,

/s/Lonnie J. Williams
Lonnie J. Williams (ASB-2866-I35W)
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, Alabama 35487-0395
Phone: (205)348-4928
Facsimile: (205)348-3909
E-mail: lwilliams@adap.ua.edu

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/Lonnie J. Williams
Lonnie J. Williams