UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN SHEPHERD | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:19-cv-0406-LCB |
| R&R DAIRY QUEEN, LLC et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The parties having notified the Court that all claims embraced herein have been resolved by settlement (Doc. 23), it is **ORDERED** that all claims be **DISMISSED** with prejudice. The Clerk is directed to close this file. Costs are taxed as paid.

**DONE** and **ORDERED** September 26, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE